IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 cr 25-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CRISTIAN NEVAREZ-BELTRAN. | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Withdraw as Counsel of Record and Request for Appointment of New Counsel (#52) filed by counsel for Defendant. At the call of this matter on for hearing, it appeared that Defendant and his attorney, Fredilyn Sison, were present and the Government was present through Assistant United States Attorney Tom Kent. After hearing arguments of Ms. Sison and Mr. Kent and considering the records in this cause, the undersigned has determined that good cause has been shown of the granting of the motion.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Withdraw as Counsel of Record and Request for Appointment of New Counsel (#52) is hereby **ALLOWED** and Ms. Sison is allowed to withdraw as counsel for Defendant. The Federal Defenders for the Western District of North Carolina is directed to appoint

1

new counsel to represent Defendant in this case.  Ms. Sison is Ordered and directed to provide a copy of her entire file to the new attorney which is to be appointed to represent Defendant in this matter.

Signed: October 29, 2013

Dennis L. Howell
United States Magistrate Judge