THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:13-cr-00025-MR-DLH-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CRISTIAN NEVAREZ BELTRAN. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Count Two of the Bill of Indictment as to Defendant Cristian Nevarez Beltran [Doc. 80].

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 80] is **GRANTED**, and Count Two of the Bill of Indictment is hereby **DISMISSED** as to Defendant Beltran.

**IT IS SO ORDERED**.

Signed: May 7, 2014

Martin Reidinger
United States District Judge